IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| MARVIN MARTINEZ, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>STONEHILL COMMERCIAL PAINTING, INC.,<br><br>  Defendant. | § § § § § § § § § § § § § | Civil Action No. 4:17-cv-00337-O |

### ORDER

Before the Court is Plaintiffs' Unopposed Motion to Dismiss with Prejudice (ECF No. 28), filed April 2, 2018. The Court finds that the unopposed motion is well-taken and should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that this case is **DISMISSED with prejudice.** Each party bears its own costs.

**SO ORDERED** on this **3rd day of April, 2018.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE